No. 335. El Pueblo v. Delgado.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en marzo 16, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Augusto, Malaret.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 331. El Pueblo v. Ayala.—Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en marzo 23, 1911. Confirmada la sentencia apelada. Abogados del apelante: *Sres. Francisco R. Flores y Carlos Domínguez.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 337. El Pueblo v. Ortiz.—Apelación procedente de la Corte de Distrito de Ponce. Resuelto en marzo 24, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Francisco Parra.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 329. El Pueblo v. Camacho.—Apelación procedente de la Corte de Distrito de Humacao. Resuelto en marzo 27, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Arturo Aponte.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*

---

No. 334. El Pueblo v. Mena.—Apelación procedente de la Corte de Distrito de Aguadilla. Resuelto en marzo 27, 1911. Confirmada la sentencia apelada. Abogado del apelante: *Sr. Juan B. Soto.* Abogado del apelado: *Sr. Jesús M. Rossy, Fiscal.*